UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

REBECCA DAVIS                                         PLAINTIFF

    vs.                  Case No. 05-5150

ROCKLINE INDUSTRIES, INC.                             DEFENDANT

**O R D E R**

On this 10th day of April, 2006, this case comes on for the Court's consideration. The Court, being well and sufficiently advised, finds and orders as follows:

1. On March 23, 2006, plaintiff's counsel filed a Motion to Withdraw (Doc. 14), stating that plaintiff filed for bankruptcy without his knowledge, causing issues to arise that prevented counsel from being able to effectively represent the plaintiff. Counsel further stated that he had been unable to contact the plaintiff.

2. On March 28, 2006, the Court entered an order granting counsel leave to withdraw. (Doc. 16.) The Court granted plaintiff until April 7, 2006, to have another attorney enter an appearance on her behalf or to advise the Court in writing that she intended to proceed without an attorney. The Court advised plaintiff that her failure to comply with the order could result in the dismissal of her action.

3. On April 6, 2006, the Court's order was returned as undeliverable, marked "Moved, left no address."

Upon due consideration, the Court finds that plaintiff's action should be and hereby is **DISMISSED WITHOUT PREJUDICE** on the grounds that plaintiff has failed to notify the Court of her change of address, has failed to comply with a court order, and has failed to prosecute this action.  *See* Fed. R. Civ. P. 41(b) and Local Rule 5.5(c)(2).

Defendant's **Motion to Stay to Allow for the Substitution of the Real Party in Interest (the Bankruptcy Trustee) (Doc. 9)** and **Motion for Summary Judgment (Doc. 11)** are **DENIED** as moot.

IT IS SO ORDERED.

/s/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE